JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA L. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY MABUS, SECRETARY OF THE NAVY; DOES I THROUGH X,<br><br>        Defendants. | Case No. EDCV 10-00163 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and that Plaintiff take nothing on her Complaint, and her action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: November 4, 2011

                                                            VIRGINIA A. PHILLIPS
                                                 United States District Judge