**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MYRA L. SMITH, | Case No. EDCV 10-00163 VAP(OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RAY MABUS, SECRETARY OF THE NAVY; DOES I THROUGH X, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant and that Plaintiff take nothing on her Complaint, and her action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated:  November 4, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge